UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MYRIA PETROU,

      Plaintiff,                                        Case No. 21-cv-12266
                                                          Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: October 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2021, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                         (810) 341-9764